IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVERETT McCOY,

      Plaintiff,                         No. CIV S-01-1218 DFL GGH P

     vs.

CAL A. TERHUNE, et al.,

      Defendants.            <u>ORDER</u>

_____/

        On May 2, 2005, plaintiff filed a request for a "status update" on his objections to the findings and recommendations and a request for a new discovery cut-off date.

        On July 15, 2004, this court recommended that defendants' motion to dismiss be granted in part and denied in part, and granted the parties ten days to file objections. Plaintiff did not file objections within that time. On August 20, 2004, the district court adopted the findings and recommendations. On August 23, 2004, plaintiff filed untimely objections as well as a request for extension of time to file his objections. On October 20, 2004, the court denied plaintiff's request for extension of time.

        Plaintiff is informed that his objections were not considered because they were not timely filed. No further orders will issue regarding the objections. Plaintiff has not shown good cause to change the discovery cut-off date.

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's May 2, 2005, request for
2  a new discovery cut-off date is denied.
3  DATED: 6/9/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kj
mccoy1218.ord