BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
DAVID A. CARRASCO
Deputy Attorney General
BARBARA A. MORRIS (SBN 137680)
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 322-3870
 Fax:  (916) 324-5205

Attorneys for Defendants Terhune, Baughman, Johnson, Pliler, Rosario, Chastain, Stiles, Martel, Kimbrell, Scarsella, Holmes, Andrade, Mini, Lynch, Advincula, Dunlap, Hamad, Jaffe, Kelly, Shoemaker, Clavere and Massey
48149286-SA2003104637

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EVERETT L. McCOY, <br><br> Plaintiff, <br><br> v. <br><br> CAL A. TERHUNE, et al., <br><br> Defendants. | CASE NO. CIV S-01-1218 DFL GGH P <br><br> **ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** <br><br> Judge:    Hon. Gregory G. Hollows |

**IT IS HEREBY ORDERED THAT**:  good cause having been shown, Defendants shall have until Wednesday, September 7, 2005, to serve and file their motion for summary judgment. ** No further extensions.

DATED: 8/10/05

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

BAM:js
mccoy.eot.wpd

1