BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JAMES E. FLYNN
Supervising Deputy Attorney General
BARBARA A. MORRIS (SBN 137680)
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 322-3870
 Fax:  (916) 324-5205

Attorneys for Defendants Terhune, Baughman, Johnson, Pliler, Rosario, Chastain, Stiles, Martel, Kimbrell, Scarsella, Holmes, Andrade, Mini, Lynch, Advincula, Dunlap, Hamad, Jaffe, Kelly, Shoemaker, Clavere and Massey
48149286-SA2003104637

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EVERETT L. McCOY,** | CASE NO. CIV S-01-1218 WBS GGH P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 39-141** |
| v. | |
| **CAL A. TERHUNE, et al.,** | |
| Defendants. | Judge:   Hon. Gregory G. Hollows |

Having considered Defendants' request to file documents under seal and for an *in camera* review, brought under Local Rule 39-141, and good cause appearing, the Court grants Defendants' request and orders the Clerk of the Court to file under seal the documents submitted by Defendants for *in camera* review.

**IT IS SO ORDERED**.

DATED: 9/8/05                                    /s/ Gregory G. Hollows
                                                                    _____
                                                                    HON. GREGORY G. HOLLOWS
                                                                    UNITED STATES MAGISTRATE JUDGE

1