IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVERETT McCOY,

    Plaintiff,                    No. CIV S-01-1218 DFL GGH P

    vs.

CAL A. TERHUNE, et al.,

    Defendants.          <u>ORDER</u>

_____/

        On June 29, 2005, plaintiff filed a request for reconsideration of the magistrate judge's order filed June 14, 2005, denying plaintiff's request for a new discovery cut-off date. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed June 14, 2005 is affirmed.

DATED: 9/14/2005

                                                   DAVID F. LEVI
                                                   United States District Judge