IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVERETT L. MCCOY,

      Plaintiff,                    No. CIV S-01-1218 DFL GGH P

    vs.

CAL. A. TERHUNE, et al.,

      Defendants.           ORDER

_____/

        Plaintiff has requested an extension of time to file and serve a response to the defendants' motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 3, 2005 request for an extension of time is granted; and

        2. Plaintiff shall file and serve a response to the defendants' motion for summary judgment within thirty days of the date of this order.

DATED: 10/20/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
mcco1218.36