1 | BILL LOCKYER
Attorney General of the State of California
2 | JAMES M. HUMES
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | JAMES E. FLYNN
Supervising Deputy Attorney General
5 | BARBARA A. MORRIS, State Bar No. 137680
Deputy Attorney General
6 |   1300 I Street, Suite 125
  P.O. Box 944255
7 |   Sacramento, CA 94244-2550
  Telephone:  (916) 322-3870
8 |   Fax:  (916) 324-5205

9 | Attorneys for Defendants Terhune, Baughman,
Johnson, Pliler, Rosario, Chastain, Stiles, Martel,
10 | Kimbrell, Scarsella, Holmes, Andrade, Mini, Lynch,
Advincula, Dunlap, Hamad, Jaffe, Kelly, Shoemaker,
11 | Clavere and Massey
SA2003104637

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| EVERETT L. McCOY, | CASE NO. CIV S-01-1218 WBS GGH P |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| CAL A. TERHUNE, et al., | Judge:  The Honorable Gregory G. Hollows |
| Defendants. | |

**IT IS HEREBY ORDERED THAT**, good cause having been shown, the court vacates the Scheduling Order it issued on February 9, 2005.  It will issue a new Scheduling Order after it issues its decision on Defendants' pending Motion for Summary Judgment.

Dated: 10/20/05

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

mc1218.vac.wpd

1