IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVERETT L. McCOY,

        Plaintiff,                  No. CIV S-01-1218 DFL GGH P

   vs.

CAL. A. TERHUNE, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On December 13, 2005, this court denied plaintiff's request to stay proceedings pursuant to Fed. R. Civ. P. 56(f) and ordered plaintiff to file an opposition to defendants' summary judgment motion.

        On December 27, 2005, plaintiff filed a request for an extension of time to file a request for reconsideration of this order. Plaintiff requests until January 19, 2006, to file his request.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's December 27, 2005, request for extension of time is granted;

/////

/////

1

2. Plaintiff's request for reconsideration of the December 13, 2005, order is due on or before January 19, 2006.

DATED: 1/10/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

mc1218.eot