IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVERETT L. McCOY,

    Plaintiff,                    No. CIV S-01-1218 DFL GGH P

    vs.

CAL A. TERHUNE, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve an opposition to defendants' September 7, 2005 motion for summary judgment. Plaintiff requests an additional fourteen days to file his opposition. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 13, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted fourteen days from the date of this order in which to file and serve an opposition to defendants' September 7, 2005 motion for summary judgment. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: 2/28/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
mcco1218.36