IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EVERETT L. McCOY,**<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**CAL A. TERHUNE, et al.,**<br><br>　　　　　　　　Defendants. | Case No. 2:01-cv-1218-WBS-GGH (PC)<br><br>**ORDER GRANTING DEFENDANTS A THIRTY-DAY EXTENSION OF TIME TO SERVE AND FILE A REPLY BRIEF IN RESPONSE TO PLAINTIFF'S OPPOSITION TO THEIR MOTION FOR SUMMARY JUDGMENT** |

　　　　**GOOD CAUSE APPEARING**, Defendants shall have until Friday, July 14, 2006, in which to file a reply brief in response to Plaintiff's opposition to Defendants' motion for summary judgment.

　　　　**IT IS SO ORDERED**.

Dated:  6/19/06

　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. GREGORY G. HOLLOWS
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

SA2003104637
mc1218.eot(def).wpd