IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVERETT McCOY,

        Plaintiff,                  No. CIV S-01-1218 DFL GGH P

   vs.

CAL TERHUNE, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file his objections to the August 16, 2006, findings and recommendations. Plaintiff alleges that he does not have adequate time to prepare his objections because he is only granted two hours of law library access per week. Because this action has already been extensively briefed, the court finds that plaintiff has not demonstrated good cause to grant his request.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 8, 2006 request for an extension of time is denied; and

/////

/////

/////

/////

      2. Plaintiff's objections to the findings and recommendations are due on or before September 29, 2006.

DATED: 9/20/06

/s/ Gregory G. Hollows

———————————————————
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
mc1218.eot(4)