IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EVERETT L. McCOY,** | 2:01-cv-1218-DFL-GGH (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **CAL A. TERHUNE, et al.,** | |
| Defendants. | |

On April 19, 2007, defendants sought an extension of time of 14-days, to and including May 16, 2007, to file an additional motion for summary judgment. Good cause appearing, defendant's request is granted.

Dated: 4/27/07

/s/ Gregory G. Hollows
_____
U.S. Magistrate Judge

mc1218.eot

[Proposed] Order

1