IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVERETT L. MCCOY,

      Plaintiff,                      No. CIV S-01-1218 RRB GGH P

     vs.

CAL A. TERHUNE, et al.,

      Defendants.              <u>ORDER</u>

_____/

       Plaintiff has requested an extension of time to file objections to the findings and recommendations filed on November 9, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's December 3, 2007 request for an extension of time is granted; and

       2. Plaintiff is granted thirty days from the date of this order in which to file objections.

DATED: 12/11/07

                                      /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:cm
mcco1218.36