IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVERETT L. MCCOY,

      Plaintiff,                    No. CIV S-01-1218 RRB GGH P

    vs.

CAL TERHUNE, et al.,

      Defendants.           <u>SCHEDULING ORDER</u>

/

        On March 24, 2008, Judge Beistline granted defendants' partial summary judgment motion. The retaliation claims against defendants Massey, Shoemaker and Mini remain for trial.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Pretrial conference (as described in Local Rule 16-282) is set in this case for June 20, 2008, before the magistrate judge. The pretrial conference shall be conducted on the file only, without appearance by either party.

        2. Plaintiff shall file and serve his pretrial statement and any motions necessary to obtain the attendance of witnesses at trial on or before May 30, 2008. Defendants shall file their pretrial statement on or before June 13, 2008. The parties are advised that failure to file a pretrial statement may result in the imposition of sanctions, including dismissal of this action.

1

1 |       3. This matter is set for jury trial before the Honorable Ralph B. Beistline on
2 | August 18, 2008 at 8:30 a.m.
3 | DATED: 04/08/08

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

6 | mccoy.41