UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

EVERETT L. MCCOY,

        Plaintiff,                No. CIV S 01-1218-JAM-GGH P

  vs.

CAL A. TERHUNE, et al.,

        Defendants.         **ORDER & WRIT OF HABEAS CORPUS**
                                       /        **AD TESTIFICANDUM**

        Everett L. McCoy, inmate # H-83250, a necessary and material witness in proceedings in this case on July 16, 2008, is confined in Salinas Valley State Prison, 31625 Highway 101, P.O. Box 1020, Soledad, Ca 93960, in the custody of Warden M.S. Evans; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate via video conference, on July 16, 2008, at 1:30 p.m before Judge John A. Mendez.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden M.S. Evans of Salinas Valley State Prison, 31625 Highway 101, P.O. Box 1020, Soledad, Ca 93960 :**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: 06/20/08

                                                                /s/ Gregory G. Hollows

                                                                GREGORY G. HOLLOWS
                                                                UNITED STATES MAGISTRATE JUDGE
                                                                 EASTERN DISTRICT OF CALIFORNIA

GGH:cm
mcco1218.841